IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **ANDRE STRICKLAND and PATRICIA STRICKLAND,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **MORTGAGE LENDERS NETWORK USA INC.**, *et al.*, ) <br> ) <br> **Defendants.** ) | **CIVIL ACTION NO. 5:14-CV-382 (MTT)** |

## ORDER

Before the Court is Plaintiffs' "Motion for Removal of Action." (Doc. 3). Clearly a plaintiff is not entitled to remove an action to federal court. *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100 (1941). Accordingly, the motion (Doc. 3) is **DENIED**. The clerk shall mail a copy of this Order to the Clerk of Court for the Superior Court of Butts County.

**SO ORDERED,** this 19th day of November, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT